FILED
IN CLERKS OFFICE

2005 FEB -4 A 9: 33

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DISTRICT COURT
DISTRICT OF MASS.

10227 W

_____

SUZANNE CARLSON

Plaintiff

v.                                      **Civil Action No.**

UNITED STATES OF AMERICA
Defendant

_____

### APPEARANCE

To the Clerk of the above referenced Court please enter my
appearance for the Plaintiff in the above titled action.

Timothy J. Burke
Burke & Associates
400 Washington Street
Braintree, MA 02184
(781) 380-0770

Dated: February 3, 2005