UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE CARLSON,  )<br> )<br>   Appellant )<br> )<br>v.             )<br> )<br>UNITED STATES OF AMERICA )<br> )<br>   Appellee  )<br>_____)  | Civil Action No.  05-10227-WGY |

**NOTICE OF APPEARANCE OF BARRY E. REIFERSON**

  Please take notice that Barry E. Reiferson, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, D.C.  20044, telephone number (202) 514-6058, hereby files his appearance on behalf of the United States of America in the above-captioned action.

                   MICHAEL J. SULLIVAN
                   United States Attorney


                    /s/ Barry E. Reiferson
                   BARRY E. REIFERSON
                   Trial Attorney, Tax Division
                   United States Department of Justice
                   P.O. Box 55, Ben Franklin Station
                   Washington, DC 20044
                   Telephone (202) 514-6058

Certificate of Service

I hereby certify that I electronically filed the above document using the CM/ECF system which will send notification of such filing to counsel for the appellant.

 /s/ Barry E. Reiferson
Barry E. Reiferson