```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

_____
**SUZANNE CARLSON,**            }
                                }
    Appellant,              }
                                }
    v.                      }   CIVIL ACTION NO. 05-10227-WGY
                                }
**UNITED STATES OF AMERICA**    }
                                }
    Appellee.               }
_____}

## MOTION TO CONTINUE

    NOW COMES the Appellant in the above captioned matter to move this honorable Court to grant her Motion to Continue the Hearing scheduled for June 13, 2005 until another date to be determined by the Court. As reasons therefore, the Appellant states that Counsel has a conference scheduled in another matter which directly conflicts with the scheduling of this Hearing.

    I hereby certify that on May 12, 2005 I conferred with Attorney Reiferson who stated he did not object to this Motion. To assist the Court, the parties have agreed to the following Suggestive Dates:

1. A morning hearing on June 8, 2005;

2. An afternoon hearing on June 9, 2005; or

3. Anytime on June 21, 22, or 23, 2005.

                                          Respectfully submitted,
                                          Suzanne Carlson,
                                          By her attorney

                                          <u>/s/ Timothy J. Burke</u>
                                          Timothy J. Burke
                                          Burke & Associates
                                          400 Washington Street
                                          Braintree, MA 02184
                                          (781)380-0770

    IT IS HEREBY CERTIFIED that, on May 13, 2005 a copy of the foregoing document was sent to counsel for the Appellee by first class mail.

                                                        /s/ Timothy Burke