UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
SUZANNE CARLSON,                    }
                                    }
         Appellant,                 }
                                    }
         v.                         }   CIVIL ACTION NO. 05-10227-WGY
                                    }
UNITED STATES OF AMERICA            }
                                    }
         Appellee.                  }
_____}


### NOTICE OF APPEARANCE OF MELISSA L. HALBIG

Please take notice that Melissa L. Halbig, Esquire, Burke & Associates, 400 Washington Street, Braintree, Massachusetts 02184, telephone number (781) 380-0770, hereby files her appearance on behalf of Suzanne Carlson in the above captioned action.


                                Respectfully submitted,
                                Suzanne Carlson,
                                By her attorney

                                /s/ Melissa L. Halbig
                                Melissa L. Halbig
                                BBO# 655826
                                Burke & Associates
                                400 Washington Street
                                Braintree, MA 02184
                                (781)380-0770


### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on May 13, 2005 a copy of the foregoing document was sent to counsel for the Appellee by first class mail.

                                /s/ Melissa L. Halbig