UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
SUZANNE CARLSON,              }
                              }
        Appellant,            }
                              }
        v.                    }   CIVIL ACTION NO. 05-10227-WGY
                              }
UNITED STATES OF AMERICA      }
                              }
        Appellee.             }
_____}

**APPELLANT'S MOTION FOR A TRIAL DE NOVO**

The Appellant moves this honorable Court for a trial de novo.

On July 19, 2005 the Appellant moved this Court to expand the record. The basis for that motion was newly discovered information which establishes that the methodology employed by the defendant in considering Offers in Compromise ("OIC") is so deficient that it damages not only applicants for an OIC but also the United States.

Justice requires that a trial be held so as to ascertain the reasons for the failed methodology and to adduce evidence of the defendant's bias against applicants for an OIC.

WHEREFORE, the Appellant prays that this honorable Court to grant her a Trial De Novo.

|  |  |
|---|---|
|  | Suzanne Carlson,<br>by her attorney, |
|  | /s/ Timothy Burke<br>Timothy Burke<br>400 Washington Street<br>Ste. 303,<br>Braintree, MA 02184 |
| Dated:   July 22, 2005 | 781-380-0770 |

**CERTIFICATION PURSUANT TO L.R. 37.1(b) and L.R. 7.1**

I hereby certify that on July 14, 2005, the undersigned and Melissa Halbig of this his office contacted Barry Reiferson to discuss the Plaintiff's motion. The parties have been unable to narrow their issues.

/s/ Timothy Burke
Timothy Burke

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail, postage prepaid, on July 22, 2005.

Barry Reiferson
U.S. Department of Justice - Tax Division
Post Office Box 55
Ben Franklin Station
Washington, DC 20001

/s/ Timothy Burke
Timothy Burke