UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
SUZANNE CARLSON
**Plaintiff**

v.                                              Civil Act. No.
                                                05-10227-WGY

UNITED STATES OF AMERICA
**Defendant**
_____

NOTICE OF APPEAL TO UNITED STATES
COURT OF APPEALS FOR THE FIRST CIRCUIT

    Notice is hereby given that the Plaintiff, Suzanne Carlson, pursuant to Fed. R. App. P. Rules 3 and 4, appeals to the United States Court of Appeals for the First Circuit from the final order of the district court for the District of Massachusetts, entered in this case on October 6, 2005.

    The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

                                    Suzanne Carlson
                                    By her attorney,


                                    _____
                                    Timothy Burke
                                    400 Washington Street
                                    Ste. 303,
                                    Braintree, MA 02184
Dated: December 2, 2005             (781) 380-0770

**Certificate of Service**

     I hereby certify that a true copy of the above document was served upon each of the following attorneys of record for defendant via first class mail postage prepaid on December 2, 2005:

Barbara Healy Smith  
United States Attorney's Office  
John Joseph Moakley Federal Courthouse  
1 Courthouse Way  
Suite 9200  
Boston, MA 02210  
617-748-3100  
Fax : 617-748-3969

Barry E. Reiferson  
U.S. Department of Justice - Tax Division  
Post Office Box 55  
Ben Franklin Station  
Washington, DC 20001  
202-514-6058  
Fax : 202-514-5238

                                                         Timothy Burke