UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUZANNE CARLSON
**Plaintiff**

v.                                                 Civil Act. No.
                                                   05-10227-WGY

UNITED STATES OF AMERICA
**Defendant**

### NOTICE OF APPEAL TO UNITED STATES
### COURT OF APPEALS FOR THE FIRST CIRCUIT

    Notice is hereby given that the Plaintiff, Suzanne Carlson, pursuant to Fed. R. App. P. Rules 3 and 4, appeals to the United States Court of Appeals for the First Circuit from the final order of the district court for the District of Massachusetts, entered in this case on October 6, 2005.

    The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

                                   Suzanne Carlson
                                   By her attorney,

                                   /s/ Timothy J. Burke
                                   Timothy Burke
                                   400 Washington Street
                                   Ste. 303,
                                   Braintree, MA 02184
Dated: December 2, 2005          (781) 380-0770

**Certificate of Service**

     I hereby certify that a true copy of the above document was served upon each of the following attorneys of record for defendant via first class mail postage prepaid on December 2, 2005:

Barbara Healy Smith
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax : 617-748-3969

Barry E. Reiferson
U.S. Department of Justice - Tax Division
Post Office Box 55
Ben Franklin Station
Washington, DC 20001
202-514-6058
Fax : 202-514-5238

                                                  /s/ Timothy Burke
                                                  Timothy Burke