UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

**SUZANNE CARLSON,**

    **Appellant,**

    v.                       CIVIL ACTION NO. 05-10227-WGY

**UNITED STATES OF AMERICA**

    **Appellee.**

_____

### APPELLANT, SUZANNE CARLSON'S MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

    NOW COMES the Appellant, Suzanne Carlson and hereby moves this honorable Court to allow her to proceed on appeal in forma pauperis.  As reasons in support of her motion, the Appellant states the following:

1. That because of the Appellant's poverty, she cannot prepay the docket fees of her appeal or post a bond for them.

2. The Appellant's total monthly income is approximately $2,500.00.  (Please see the Appellant's Affidavit in Support of her Motion to Proceed on Appeal In Forma Pauperis, filed herewith.)

3. The Appellant's total monthly expenses are approximately $4,457.00.  (Please see the Appellant's Affidavit in Support of her Motion to Proceed on Appeal In Forma Pauperis, filed herewith.)

4. It is the best belief of the Appellant that she is entitled to redress from the decision entered by this Court on October 6, 2005.

5. The Appellant has filed an affidavit in support of this motion.

1

    WHEREFORE, the Appellant, Suzanne Carlson prays that this honorable grant:

        a.   Her motion to proceed on Appeal In Forma Pauperis; and,
        b.   Any and all other relief the Court deems necessary and/or appropriate.

                                      Suzanne Carlson,
                                      By her attorney,

                                      /s/ Timothy J. Burke
                                      Timothy J. Burke
                                      BBO# 543837
                                      400 Washington Street
                                      Braintree, MA 02184
Dated: March 7, 2006                   (781) 380-0770

## CERTIFICATION OF LOCAL RULE 7.1

    It is hereby certified that counsel for the Appellee, Rachel I. Wollitzer was contacted by this office on March 7, 2006 wherein she indicated that the Appellee did not consent to the filing of this motion, however, is unable to make a determination at this time as to whether an opposition to this motion will be filed.

                                        /s/ Timothy J. Burke
                                        Timothy J. Burke

**CERTIFICATE OF SERVICE**

    It is hereby certified that a copy of the Appellant's Motion to Proceed on Appeal in Forma Pauperis and supporting Affidavit of Suzanne Carlson was served upon the following attorneys of record via first class mail, postage prepaid on March 7, 2006.

Barbara Healy Smith
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax : 617-748-3969

Rachel Wollitzer
U.S. Department of Justice
Appeals Section
Post Office Box 55
Ben Franklin Station
Washington, DC 20001
202-514-6707
Fax : 202-514-8456

Settlement Counsel
Civil Appeals Management Program
1 Courthouse Way, Suite 3440
Boston, MA 02210

                                                      /s/ Timothy J. Burke
                                                      Timothy J. Burke

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUZANNE CARLSON,

       Appellant,

       v.                              CIVIL ACTION NO. 05-10227-WGY

UNITED STATES OF AMERICA

       Appellee.

### AFFIDAVIT OF SUZANNE CARLSON
### IN SUPPORT OF HER MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, Suzanne Carlson, depose and say that I have personal knowledge of the foregoing statements:

1. That because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them.

2. I believe that I am entitled to redress from the decision entered by this Court on October 6, 2005.

3. My issues on Appeal are whether the Court erred in it's determination that the United States did not abuse its discretion.

4. The address of my legal residence is 10 Philips Farm Road, Marshfield, MA 02050. My daytime phone number is (339) 793-1418. I am 40 years of age.

5. I am a single parent. I have one son, Kyle E. Carlson, 18 years old, who is currently living with me, who relies on me for support. Since he is 18, I will no longer be receiving child support for him.

6. I am currently self-employed.

7. The following is an estimate of the average amount of money received from each of the following sources during the past twelve months:

    a.    Employment                            $     0.00
    b.    Self-employment               $ 2,500.00
    c.    Income from Real Property    $     0.00
    d.    Interest and dividends       $     0.00

```
        e.   Gifts                              $       0.00
        f.   Alimony                            $       0.00
        g.   Child Support                      $     400.00
        h.   Retirement                         $       0.00
        i.   Disability                         $       0.00
             I.   Social Security                      $0.00
             II.  Insurance                            $0.00
        j.   Unemployment Payments              $       0.00
        k.   Public-Assistance                  $       0.00
        l.   Other                              $       0.00

        TOTAL MONTHLY INCOME                    $ 2,900.00


8.   The following is an estimate of the average amount of
     money I expect to receive from each of the following
     sources during the next month: (Same as paragraph
     number 7, except I am no longer receiving child support
     for my son who is now 18.)

        TOTAL MONTHLY INCOME                    $ 2,500.00

9.   My employment history is as follows:
     Self-employed.

10.  I have approximately $ 0.00, in cash.

11.  I do not have any bank accounts.

12.  I do not own any assets.

13.  I am not owed any unpaid debts or money.

14.  The following is an estimate of average monthly
     expenses for myself and my son:

        a.   Rent/mortgage                      $  2,500.00
        b.   Utilities                          $    600.00
        c.   Home maintenance/repairs           $      0.00
        d.   Food                               $    150.00
        e.   Clothing                           $    100.00
        f.   Laundry/dry-cleaning               $      0.00
        g.   Medical/dental                     $    260.00
        h.   Transportation                     $    450.00
        i.   Recreation                         $      0.00
             I.   Entertainment                       $ 0.00
             II.  Newspapers                          $ 0.00
        j.   Insurance (not incl. wages)        $      0.00
             I.   Homeowner's/Renters                 $ 0.00
             II.  Life                                $ 0.00
```

|   |       | III. Health                     |   | $397.00 |
|---|-------|---------------------------------|---|---------|
|   |       | IV.  Motor Vehicle              |   | $ 0.00  |
|   |       | V.   Other:                     |   | $ 0.00  |
|   | k.    | Taxes                           | $ | 0.00    |
|   | l.    | Installment Payments            | $ | 0.00    |
|   |       | I.   Motor Vehicle              |   | $ 0.00  |
|   |       | II.  Credit Card(s):            |   | $ 0.00  |
|   |       | III. Dept. Store(s):            |   | $ 0.00  |
|   |       | IV.  Other:                     |   | $ 0.00  |
|   | m.    | Alimony/Maintenance/Support     | $ | 0.00    |
|   |       | (Paid to others)                |   |         |
|   | n.    | Regular Expenses for Business   |   |         |
|   |       | Operations/Profession/Farm      | $ | 0.00    |

   TOTAL MONTHLY EXPENSES                    $       .00

15. I do not expect any major changes to the above estimates of monthly income, expenses, assets or liabilities.

16. I have paid $350.00 towards my Attorney's fees.

Signed under the pains and penalties of perjury, this
6 day of March, 2006.

*(signature)*
Suzanne Carlson