**MANDATE**

*Judge Young*
*05-10227*
*USDCMA*

# United States Court of Appeals
## For the First Circuit

No. 06-1155

SUZANNE CARLSON,

Plaintiff - Appellant,

v.

UNITED STATES,

Defendant - Appellee.

### JUDGMENT

Entered: August 3, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*M. Ruy*
Deputy Clerk
Date: 8/3/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Margaret Carter, Chief Deputy Clerk

[cc: Timothy Burke, Esq., Melissa Halbig, Barry Reiferson, Esq., Rachel Wollitzer, Esq.]